MARTIN SAVOL, ET AL, *Appellants,* v. TOM
GARRETSON, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 846518, James A. Noe, J., entered December
21, 1978. *Affirmed* by unpublished opinion per Durham–

Divelbiss, J., concurred in by James, A.C.J., and Andersen, J.